UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:  Michael James Williams                                             Case No: 14-30496-KRH

### ORDER

    This cause came on to be heard upon the Trustee's Motion to Dismiss for failure to make payments as required by the Plan filed, **July 20,2016**,
    It appearing to the Court that the Debtor has failed to comply with the terms of the Plan confirmed by this Court;
    It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.
    It is further ORDERED that any payments due to the Chapter 13 Trustee prior to the entry of this order and received pursuant to a payment directive shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order on the Debtor, their Attorney and the Chapter 13 Trustee.

Dated: Feb 21 2017

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN: #27815

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered on Docket Feb 21 2017